UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA SCOTT o/b/o J.C.D., a minor,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Civil Case No. 18-10803
Honorable Linda V. Parker

## OPINION AND ORDER

On March 12, 2018, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for social security benefits. On the same date, this Court referred the lawsuit to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 3.) The parties subsequently filed cross-motions for summary judgment. (ECF Nos. 13, 17.)

On February 21, 2019, Magistrate Judge Patti issued an R&R recommending that this Court deny Plaintiff's motion for summary judgment, grant Defendant's motion, and affirm the decision denying Plaintiff's application for benefits. (ECF

No. 18.)  At the conclusion of the R&R, Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.* at 20.)  Neither Plaintiff nor Defendant filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti.  The Court therefore adopts Magistrate Judge Patti's R&R.

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment (ECF No. 13) is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment (ECF No. 17) is **GRANTED**;

**IT IS FURTHER ORDERED**, that Defendant's decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

s/Linda V. Parker  
LINDA V. PARKER  
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 12, 2019, by electronic and/or U.S.

First Class mail.

                                                s/R. Loury
                                                Case Manager